UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIEL J. QUATTRINI, | ) | |
| | ) | |
| Petitioner, | ) | 3:12-cv-00226-RCJ-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT LEGRAND, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

On April 24, 2012, Daniel J. Quattrini, a Nevada prisoner, submitted a handwritten document that he had styled "notice of appeal" as well as a copy of a Nevada Supreme Court docket (*see* attachments to ECF #1) that appears to correlate with a state postconviction petition. On May 29, 2012, he both paid the filing fee and filed an application to proceed *in forma pauperis*. He also submitted a handwritten document, not on the court-approved form, that he has styled first amendment petition of habeas corpus ad subjiciendum (ECF #4-1). The Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff at this time, to file all of their complaints and petitions on the court's approved forms. LSR 2-1.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (ECF #4) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that within thirty (30) days of the date of entry of this order, petitioner shall file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the court-approved form.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** to petitioner (1) the approved form for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and (2) the document "Information and Instructions for filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that failure to comply with this order may result in dismissal of this action.

DATED this 7th day of June, 2012.

_____
CHIEF UNITED STATES DISTRICT JUDGE